JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ALENCASTER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-05014-SPG-SSC<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND MATTER TO THE SUPERIOR COURT OF CALIFORNIA [ECF No. 31]** |

Before the Court is the parties' Joint Stipulation to Remand the Matter to the Superior Court of California (ECF No. 31 ("Stipulation")). Having reviewed and considered the Stipulation, and good cause appearing therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1. This matter is hereby REMANDED to the Superior Court of California, County of Los Angeles;

2. All deadlines, hearings, and other dates in this matter are VACATED; and

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND MATTER TO THE SUPERIOR COURT OF CALIFORNIA**

3. The clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: December 23, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND MATTER TO THE SUPERIOR COURT OF CALIFORNIA